[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 6, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13106
Non-Argument Calendar

_____

D. C. Docket No. 05-00053-CR-J-20MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES DWAYNE MERRETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 6, 2008)**

Before BARKETT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for James Dwayne Merrett in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Merrett's conviction and sentence are **AFFIRMED.**